**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

    v.                                                                                 No. 15-CR-4277 WJ
                                                                                 No. 18-CV-0376 WJ/KRS

JARVIS JOHNSON,

    Defendant/Movant.

ORDER TO SHOW CAUSE

       This matter is before the Court *sua sponte* in connection with Defendant/Movant Jarvis Johnson's 28 U.S.C. § 2255 habeas proceeding.  On November 13, 2020, the Court ordered Defendant/Movant to notify the Court of his current address by December 14, 2020, and Defendant/Movant has failed to do so.  Local Rule 83.6 provides that *pro se* parties have "a continuing duty to notify the Clerk, in writing, of any change in their … mailing address[][.]"  It appears that Plaintiff did not notify the Court of his new address, thus severing contact with the Court.  Because Defendant/Movant has failed to comply with the Court's Order and local rules, he will be required to show cause why this action should not be dismissed.  *See Brandenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure. … The same is true of simple, nonburdensome local rules.") (citations omitted).  Failure to comply with this Order may result in dismissal without further notice.

IT IS THEREFORE ORDERED that, by **January 5, 2021**, Defendant/Movant shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

_____
UNITED STATES MAGISTRATE JUDGE